NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLIFFORD BURDICK, DOC #270899,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No. 2D17-615
　　　　　　　　　　　　　　　　　　)
DANIELLE CAROLAINE LEAMING,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert, Judge.

Clifford Burdick, DOC #270899, pro se
Appellant.

Danielle Carolaine Leaming, pro se
Appellee.

PER CURIAM.

　　　　　Affirmed.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.